IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWINA HUDSON, | ) |
| *Plaintiff,* | ) Case No. 24-cv-3899 |
| | ) |
| v. | ) Hon. John J. Tharp, Jr. |
| | ) |
| CREATIVE DINING SERVICES, INC., | ) Magistrate Judge Jeffrey Cole |
| | ) |
| *Defendant.* | ) JURY DEMANDED |
| | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Entry dated August 9, 2024 [Dkt. 11], which states in part, "Counsel should also submit a joint status report every 2 months, signed by counsel, specifically detailing the progress of discovery for the reporting period, after the Court's initial video status conference." Plaintiff Edwina Hudson ("Plaintiff") and Defendant Creative Dining Services, Inc. ("Defendant"), through their respective counsel, submit this Joint Status Report regarding the status of discovery.

The parties last submitted a Joint Status Report on October 17, 2024. [Dkt. 17]

On December 1, 2024, Plaintiff served her First Set of Interrogatories and First Set of Requests for Production to Defendant. On December 23, 2024 Defendant's counsel emailed Plaintiff's counsel requesting until January 29, 2025, to respond to Plaintiff's discovery requests because of the holidays and the unavailability of various individuals that would be assisting with Defendant's responses. Plaintiff's counsel responded that Plaintiff did not object.

A telephonic status conference is scheduled in this case before Judge Cole on January 29, 2025, at 9:00 a.m. [Dkt. 18]

1

Dated: December 23, 2024

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| EDWINA HUDSON | CREATIVE DINING SERVICES, INC. |
| */s/Alexandros Stamatoglou* | */s/Christopher J. Johnson (by consent)* |
| One of Plaintiff's Attorneys | One of Defendant's Attorneys |
| Alexandros Stamatoglou (IARDC# 6308169) | **Christopher J. Johnson** |
| Garfinkel Group, LLC | Law Offices of Ronald R. Aeschliman |
| 701 N. Milwaukee Ave. THE CIVITAS | 20 N. Clark Street, Suite 1200 |
| Chicago, IL 60642 | Chicago, IL 60602 |
| T: (312) 736-7991 | T: (414) 218-4515 |
| alex@garfinkelgroup.com | ch6johnson@hanover.com |